UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH JOEL NOVAK,<br><br>　　　　Defendant. | No.  2:94-cr-00168-GEB-2<br><br>**ORDER** |

　　　　The United States and the Probation Department are requested to respond to Kenneth Joel Novak's motion, (ECF No. 304), in which he seeks early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). The United States is requested to file a response no later than March 1, 2017. Since the Probation Department is "an arm of the court" concerning the requested response, the Probation Department may email its response to chambers. <u>United States v. Gonzales</u>, 765 F.2d 1393, 1398 (9th Cir. 1985); <u>see generally</u> <u>United States v. Johnson</u>, 935 F.2d 47, 49-50 (4th Cir. 1991) (indicating that a probation officer "is an agent of the court and assists the court in

1

arriving at a just [decision]"); see 18 U.S.C. § 3603(10) (prescribing that notwithstanding other prescribed duties enumerated in § 3603 the Probation Department shall "perform any other duty that the court may designate").

The Clerk of the Court shall include in her service of this Order the Probation Department; and Kenneth Joel Novak at the address listed in ECF No. 304: Kenneth Joel Novak, 1004 Galleon Way, Sacramento, CA 95838.

Dated:  February 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2