**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>**Kenneth Joel Novak** )<br>)<br>) | **Docket No.:  0972 2:94CR00168-002** |

On July 10, 1995, the above-named was sentenced to Supervised Release for a period of 60 months.  Supervision commenced on July 11, 2014.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim D. Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   February 27, 2017
         Fresno, California
         TDM/rmv

              /s/ Brian J. Bedrosian
**REVIEWED BY:     BRIAN J. BEDROSIAN
            Supervising United States Probation Officer**

1

**Re:   Kenneth Joel Novak**
       **Docket No:   0972 2:94CR00168-002**
       **Report and Order Terminating**
       **Prior to Original Expiration Date**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Kenneth Joel Novak be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  February 28, 2017

```
GARLAND E. BURRELL, JR.
Senior United States District Judge
```

cc:    AUSA (NAME) - Richard J.  Bender
       FLU Unit – United States Attorney's Office
       Fiscal Clerk - Clerk's Office
       Supervisee - Kenneth Joel Novak